[No. 71991-2-I.   Division One.   July 13, 2015.]

DONALD BAKER, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

*Affirmed* by unpublished per curiam opinion.

[Nos. 72005-8-I; 72006-6-I;   Division One.   July 13, 2015.]
72007-4-I.

*In the Matter of the Parental Rights to* N.M.P.K.-A. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DEAN ALEXIS, *Appellant*.

*Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Schindler, JJ.

[No. 72406-1-I.   Division One.   July 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE BACKSTROM, *Appellant*.

*Remanded* by unpublished per curiam opinion.

[No. 72955-1-I.   Division One.   July 13, 2015.]

DALJIT SANGHA, *Appellant*, v. KING COUNTY RECORDS AND LICENSING SERVICES DIVISION ET AL., *Respondents*.

*Affirmed* by unpublished per curiam opinion.